1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | KEVIN J. LIN  (NYBN 5048053)
Special Assistant United States Attorney

5 |    1301 Clay Street, Suite 340S
   Oakland, CA 94612

6 |    Telephone: (510) 637-3680
   Fax: (510) 637-3724

7 |    E-Mail: kevin.lin@usdoj.gov

8 | Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13 | UNITED STATES OF AMERICA,    )    No. CR 13-00049 YGR
    )

    Plaintiff,    )

14 |     )    NOTICE OF DISMISSAL
   v.    )    AND ORDER

15 |     )

KRISTOFFER LORENZO,    )

16 |     )

    Defendant.    )

17 |     )

    )

18

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

19

United States Attorney for the Northern District of California dismisses the above indictment

20

without prejudice and moves that the Court quash the arrest warrant issued in connection with

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28

NOTICE OF DISMISSAL
13-00049 YGR

1   the indictment in this case.

2

3   DATED:   February 19, 2013                    Respectfully submitted,

4                                                 MELINDA HAAG
                                                  United States Attorney

5

6                                                 _____/s/_____
                                                  MIRANDA KANE
7                                                 Chief, Criminal Division

8

9                                        **ORDER**

10       Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is

11  granted to the United States to dismiss the above-captioned indictment.

12

13

14
    DATED: February 20, 2013
15                                               _____
                                                 HON. YVONNE GONZALEZ ROGERS
16                                               United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

    NOTICE OF DISMISSAL
    CR 13-00049 YGR                    2